UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, § | | |
| Plaintiff, § | | |
| § | | |
| vs. § | Civil Action No. 7:23-cv-00325 | |
| § | | |
| MIGUEL GONZALEZ. § | | |
| Defendant. § | | |

## NOTICE OF REMOVAL

MIGUEL GONZALEZ, the named Defendant in this action, who is an employee of United States Customs and Border Protection, an agency of the United States, by and through the United States Attorney for the Southern District of Texas, hereby removes to this Court the above-styled case which arose from the issuance of Citation No. 23070619 by McAllen Police Department Officer Martinez (ID #10834). Said removal is pursuant to, and in full accordance with 28 U.S.C. § 1442.

1. This action was commenced on August 14, 2023, in the Municipal Court of McAllen, Hidalgo County, Texas, as Cause No. 23070619, and styled as *State of Texas v. Miguel Gonzalez*. A true copy of the citation is attached.

2. Defendant MIGUEL GONZALEZ is employed by United States Customs and Border Protection and has been at all times relevant to this case. MIGUEL GONZALEZ was assigned to line-watch operations near Hidalgo, Texas and was operating a marked government vehicle. At approximately 5:40 A.M., MIGUEL GONZALEZ responded to a service radio call of non-citizen traffic west of the intersection of 23rd Street and Coma Avenue, an area notorious for non-citizen crossings and illegal activity.

3. McAllen Police Department Officer Martinez, ID #10834 pulled over Defendant MIGUEL GONZALEZ near the intersection of 23rd and Military in McAllen, Hidalgo County, Texas while he was expeditiously responding to a developing non-citizen traffic in the McAllen Station's area of responsibility and acting under color of federal law. Officer Martinez ultimately issued Defendant MIGUEL GONZALEZ a traffic citation (Citation No. 23070619) for driving 59 miles per hour in a 40 mile per hour zone.

4. Defendant MIGUEL GONZALEZ was acting within the scope of his federal employment and under color of federal law at the time of the traffic citation. This lawsuit is thus removable to federal court pursuant to 28 U.S.C. §1442(a)(1) because Defendant was an officer of a federal agency, acting in his official capacity, under color of such office and federal law, during the relevant period.

5. Written notice of the filing of the Notice of Removal will be promptly served upon Plaintiff, and a copy of the Notice of Removal will be filed with McAllen Municipal Court, Hidalgo County, Texas. A copy of the Notice to Municipal Court of Filing of Notice of Removal is attached to this pleading as Exhibit 1. A copy of Citation No. 23070619 is attached herein as Exhibit 2.

6. Defendant MIGUEL GONZALEZ has plead not guilty and requested a jury trial in the aforesaid municipal court action. A copy of the Plea of Not Guilty and Request for Trial is attached herein as Exhibit 3. Defendant MIGUEL GONZALEZ also received a Notice of Bond Hearing for December 11, 2023, at 1:30 P.M. attached herein as Exhibit 4.

7. Removal of this case is timely in that it is within 30 days of arraignment in state court or any time before trial, whichever is earlier. *See* 28 U.S.C. § 1455(b)(1).

WHEREFORE, Defendant MIGUEL GONZALEZ, hereby removes this case to this Court from the McAllen Municipal Court, Hidalgo County, Texas.

Respectfully submitted,

**ALAMDAR S. HAMDANI**
United States Attorney
Southern District of Texas

By:   *s/ Alyssa Iglesias*
**ALYSSA IGLESIAS**
Assistant United States Attorney
Southern District of Texas No.: 3610302
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone: (956) 618-8010
Facsimile: (956) 618-8016
E-mail: Alyssa.Iglesias@usdoj.gov
Attorney in Charge for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Removal was served via E-mail within one business day of this 22 day of September, 2023, to the following:

McAllen Municipal Court
1601 N. Bicentennial Boulevard
McAllen, TX 78501

*s/ Alyssa Iglesias*
**ALYSSA IGLESIAS**
Assistant United States Attorney

## INDEX OF THE PLEADINGS, ORDERS AND EXECUTED PROCESS

Pursuant to Local Rule 81, the following are filed as attachments to Defendant's Notice of Removal:

1. Notice to State Court of Filing of Notice of Removal
2. Citation of Citation No. 23070619 issued to Miguel Gonzalez
3. Plea of Not Guilty and Request for Trial
4. Notice of Bond Hearing

There have been no executed processes in the case.

There have been no orders signed by the municipal judge.

A copy of the docket sheet has been requested and will be provided upon receipt.

## ALL ATTORNEYS APPEARING IN THE PROCEEDING

Attorney for Defendant:

Alyssa Iglesias
Assistant United States Attorney
Southern District of Texas No.: 3610302
Texas Bar No. 24123484
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone: (956) 618-8010
Facsimile: (956) 618-8016
E-mail: Alyssa.Iglesias@usdoj.gov