# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| STATE OF TEXAS, § | |
| Plaintiff, § | |
| § | |
| vs. § | Civil Action No. 7:23-cv-00325 |
| § | |
| MIGUEL GONZALEZ, § | |
| Defendant. § | |

## PLAINTIFF'S MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff the STATE OF TEXAS, by and through the City of McAllen, Texas, and files this their Motion To Dismiss, and for cause would respectfully show unto the Court the following:

I.

Defendant has provided sufficient mitigating information regarding citation number 23070619 issued by the McAllen Police Department for an alleged traffic violation that occurred at the 3100 Block of South 23rd Street in McAllen, Texas.

II.

Plaintiffs do hereby dismiss the criminally charged complaint filed against Defendant by the Plaintiff in the above entitled and numbered cause or which arose in any manner from the alleged incident made the basis of this lawsuit.

III.

WHEREFORE, PREMISES CONSIDERED, Plaintiff the State of Texas respectfully prays that this Court grant Plaintiff's Motion To Dismiss and dismiss all causes of action which arose from the incident made the basis of this lawsuit against Defendant Miguel Gonzalez.

Respectfully Submitted,

Isaac Tawil
City Attorney
State Bar No. 24013605
Federal ID No. 29804
1300 Houston Avenue
McAllen, Texas 78501
Email: itawil@mcallen.net

Austin W. Stevenson
State Bar No. 24085961
Federal ID No. 3157070
Assistant City Attorney
Email: astevenson@mcallen.net

**By: /s/ Benito Alonzo**
State Bar No. 24091837
Federal ID No. 3843198
Assistant City Attorney
Email: balonzo@mcallen.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2024, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF system and was served on all counsel of record via the CM/ECF system.

/s/ Benito Alonzo
Benito Alonzo
